IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DEMETRIUS BAIRFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>　　　　Defendants. | No. C 14-00050 SBA (PR)<br><br>**ORDER VACATING THE COURT'S JANUARY 30, 2014 ORDER GRANTING LEAVE TO PROCEED IFP; RECLASSIFYING THIS MATTER AS A CIVIL RIGHTS ACTION; AND REASSIGNING IT TO A MAGISTRATE JUDGE** |

　　In response to the Court's Second Order of Dismissal With Leave to Amend, Petitioner has decided to proceed in this matter by filing a civil rights complaint under 42 U.S.C. § 1983 and a new <u>in forma pauperis</u> application. Dkts. 15, 16. He has also filed a consent to magistrate judge jurisdiction in this matter. Dkt. 17 at 1.

　　The Clerk of the Court shall vacate the Court's January 30, 2014 Order granting leave to proceed <u>in forma pauperis</u> and shall reclassify this action as a civil rights action. The Clerk shall also randomly reassign this matter to a magistrate judge.

　　IT IS SO ORDERED.

DATED: 7/23/14

　　　　　　　　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge